IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Pacific West Site Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Gary Robert Vesci, | ) | |
| | ) | Case No. 1:13-cv-036 |
| Defendants. | ) | |

Before the court are the motion for attorneys Edmund Searby and Darren Crook to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Edmund Searby and Darren Crook have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3 and 4) are **GRANTED**. Attorneys Edmund Searby and Darren Crook are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge