**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Pacific West Site Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER EXTENDING** |
| | ) | **DISCOVERY DEADLINE** |
| vs. | ) | |
| | ) | |
| Gary Robert Vesci, | ) | |
| | ) | Case No. 1:13-cv-036 |
| Defendant. | ) | |

On May 28, 2014, the court held a telephonic status conference to discuss a discovery dispute in the above-captioned case. Attorney Ruth E. Hartman appeared on plaintiff's behalf. Attorney Michael L. Schoff appeared on defendant's behalf.

Pursuant to the agreement of the parties reached during the call, the court **ORDERS** the current discovery deadline extended to provide that the parties shall have until September 1, 2014 to complete fact discovery and to file discovery motions.

Dated this 28th day of May, 2014.

               */s/ Charles S. Miller, Jr.*
               Charles S. Miller, Jr., Magistrate Judge
               United States District Court