# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Pacific West Site Service, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION** |
| | ) | **TO EXTEND CASE DEADLINES** |
| vs. | ) | |
| | ) | |
| Gary Vesci, | ) | Case No. 1:13-cv-036 |
| | ) | |
| Defendant. | ) | |

On January 23, 2015, the parties filed a "Joint Motion to Extend Case Deadlines." The court **GRANTS** the parties' motion (Docket No. 83). The pretrial deadlines shall be amended as follows:

1. Fact discovery shall be completed by March 6, 2015.

2. The parties shall provide the names of expert witnesses and complete expert reports under Rule 26(a) as follows:

    a. Plaintiff's disclosures are due by March 17, 2015.

    b. Defendant's disclosures are due by May 1, 2015.

3. The parties shall have until June 15, 2015, to file dispositive motions.

The trial currently set for October 13, 2015, shall be rescheduled for December 7, 2015, at 9:30 a.m. in Bismarck before Judge Hovland (7 days). The final pretrial conference currently set for September 29, 2015, shall be rescheduled for November 23, 2015, at 3:00 p.m. by telephone before the undersigned. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court