**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Pacific West Site Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary Robert Vesci, | ) | Case No. 1:13-cv-036 |
| | ) | |
| Defendant. | ) | |

Plaintiff contacted the court on March 13, 2015, to advise of yet another dispute between the parties and to request a telephonic conference to discuss it. Specifically, plaintiff avers that defendant unilaterally cancelled a deposition with less than 24 hours notice and after plaintiff's counsel has already incurred significant travel costs. It seeks the court's permission to file a motion for sanction.

The court **GRANTS** plaintiff's request for leave to file a motion for sanctions. Plaintiff shall file its motion by March 23, 2015. Defendants shall thereafter have until March 30, 2015, to file a response. Finally, this is now the fourth time a party has contacted the court to referee a discovery dispute. The court has run out of patience. The only alternative the court has now is to start imposing sanctions that may include attorney's fees and costs, the striking of evidence, or even the striking of claims or defenses for failure to comply with discovery, unreasonable demands for discovery, and motions seeking relief that the parties should reasonably have worked out.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court