# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Pacific West Site Services, Inc., | ) | |
| Plaintiff, | ) ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Gary Robert Vesci, | ) ) | Case No. 1:13-cv-036 |
| Defendant. | ) | |

Before the court is a motion for attorney Danny D. Brace, Jr. to appear *pro hac vice* on behalf of defendant. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Danny D. Brace, Jr. has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 113) is **GRANTED**. Attorney Danny D. Brace, Jr. is admitted to practice before this court in the above-entitled action on behalf of defendant..

**IT IS SO ORDERED.**

Dated this 8th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge