**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Pacific West Site Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary Robert Vesci, | ) | |
| | ) | Case No. 1:13-cv-036 |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on November 10, 2015.

Pursuant to its discussions with the parties, the court **ORDERS**:

(1)     The final pretrial conference set for November 23, 2015, shall be rescheduled before the undersigned on April 26, 2016, at 3:00 p.m. CT by telephone. The court shall initiate the conference call.

(2)     The trial set for December 7, 2015, shall be rescheduled for May 9, 2016, at 9:30 a.m. before Judge Hovland at the U.S. Courthouse in Bismarck, North Dakota (courtroom #1). A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court